Filing # 54073196 E-Filed 03/22/2017 02:48:09 PM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

KAREN DAVIS,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Profit Corporation,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, KAREN DAVIS, by and through the undersigned counsel and sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and states as follows:,

1. This is an action for damages in excess of the sum of Fifteen Thousand and 00/100 ($15,000.00) Dollars exclusive of costs, interest, and attorneys' fees.

2. At all times material to this action, Plaintiff, KAREN DAVIS, was and is a natural person residing in Jacksonville, Duval County, Florida.

3. At all times material to this action, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY was a foreign profit corporation authorized to do business and doing business in Jacksonville, Duval County, Florida.

4. On or about July 7, 2015 Plaintiff was the operator of a motor vehicle traveling west on Collins Road in Jacksonville, Duval County, Florida.

1

5. At that same time and place, the at-fault driver was the underinsured operator of a motor vehicle making a left-hand turn from eastbound Collins Road onto I-295 northbound entrance ramp in Jacksonville, Duval County, Florida.

6. At that same time and place, the at-fault driver, negligently operated and/or maintained the motor vehicle so as to collide with Plaintiff's motor vehicle, thereby causing her to sustain serious injuries.

7. On or about July 1, 2015 Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, issued and delivered to Plaintiff a policy of insurance numbered 59-6R87-541, which was in full force and effect on the date of the accident.

8. Under the terms of the insurance policy, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, provided non-stacking uninsured/underinsured motorist coverage for Plaintiff in the amount of $100,000.00 each person/$300,000.00 each occurrence.

9. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has in its custody and control a copy of the insurance policy and, therefore it is not attached to the Complaint.

10. Plaintiff has furnished Defendant timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy, but Defendant has refused to pay Plaintiff for the full value of the claim.

11. As a direct and proximate result of the negligence of the at-fault underinsured driver, Plaintiff, KAREN DAVIS has suffered or incurred the following:

2

a. Significant and permanent loss of an important bodily function;
b. permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;
c. aggravation or activation of an existing disease or physical defect;
d. pain, suffering, disability, physical impairment, mental anguish, inconvenience, and loss of the capacity for the enjoyment of life;
e. expenses of medical care and treatment in the past and in the future; and
f. lost earnings and loss of the ability to earn money in the future.

All of the above losses are continuing and/or permanent in nature.

WHEREFORE, Plaintiff, KAREN DAVIS, demands judgment for damages, costs and any other relief this Court deems appropriate against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. Plaintiff also demands a jury trial on all issues so triable.

RESPECTFULLY submitted this 22nd day of March, 2017.

/s/ Jason S. Miller

JASON S. MILLER, ESQUIRE
FBN: 0519758
Morgan & Morgan
76 South Laura Street, Ste. 1100
Jacksonville, FL 32202
Telephone / (904) 398-2722
Facsimile / (904) 361-4381
Primary Email: JMiller@forthepeople.com
Secondary Email: MFalconer@forthepeople.com
Attorneys for Plaintiff

3